## COURT MINUTES - FORT PIERCE

### U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

**101 South U.S. Highway One Fort Pierce, FL, Courtroom #4074**

**\*\*Thai Interpreter Req'd\*\***

**DEFT:** BONGKOTMAT KHIAOSING   (J)          **CASE NO:** 12-14081-CR-MARTINEZ

**AUSA:** Shaniek Maynard/Carmen Lineberger *both present*   **ATTORNEY:** CJA Allen Kaufman

**AGENT:** Van Lindsey, ICE/HSI *present*      **VIOL:** 18:371

**PROCEEDING:** Arraignment on Information    **BOND SET:** $150K 10% Cash w/Nebbia

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____.
11) Travel extended to: _____.
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

*Deft present with counsel, CJA Michael Smith (standing in for CJA Allen Kaufman) and advised of charges*

*Deft and Defense counsel executes Waiver of Indictment form in open court*

*Arraignment held: Reading of Information Waived, Not Guilty plea entered, Jury trial demanded, Standing Discovery Order requested and Status conference regarding discovery set*

**DISPOSITION: Arrheld**

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM HRNG/ARRAIGNMENT:

STATUS CONFERENCE:   12/19/12   9:30 a.m.   Lynch   Fort Pierce

DATE: 11/16/2012   START TIME: 9:30 A.M.   Time in Court: 3 Minutes   ( DAR 11.12.25)